UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY SPENCER and
GAVIN SPENCER,

    Plaintiffs,      CASE NO.: 8:14-cv-2072-JSM-EAJ

vs.

CAPSTONE CREDIT & COLLECTIONS, LLC,

    Defendant.

___

**AFFIDAVIT OF ERIC C. ROBERSON**

STATE OF FLORIDA  )
          ) ss.
COUNTY OF DUVAL  )

  BEFORE ME, the undersigned authority, personally appeared Eric C. Roberson, who, being by me first duly sworn, deposes and says:

  1. My name is Eric Roberson and I have personal knowledge of all matters contained herein unless specifically indicated to the contrary. I am over the age of eighteen and am competent to make this Affidavit.

  2. I am the attorney representing the Plaintiffs in this matter. I make this affidavit in support of Plaintiffs' Motion for Entry of Final Default Judgment and Award of Attorney's Fees and Costs.

**My Legal Experience**

  3. I graduated from the University of Florida College of Law in 2005 in the top 10% of my class. After graduation, I worked as a prosecutor in the Fourth Judicial Circuit.

  4. I later joined McGuireWoods, LLP, an international law firm, where I worked from March 2007 until September 2011. I worked in the commercial litigation unit representing

banks, collection companies and creditors. A significant part of my practice included defending clients against consumer claims such as the FDCPA and FCCPA. At the time I left McGuireWoods, my standard billing rate was $390 per hour.

5. In September 2011, I joined a 4 attorney firm located in Jacksonville, Florida. While there, approximately 1/3 of my practice involved representing consumers with claims against creditors and debt collectors.

6. In January 2014, I attended an intensive, 3-day seminar in Minneapolis, Minnesota exclusively dealing with the FDCPA. The seminar was conducted by Peter Barry of Barry & Helwig.

7. In February 2014, I founded Eric C. Roberson, P.A. More than 50% of my practice involves representing consumers with claims against debt collectors and other creditors. Since founding my firm, my standard hourly billing rate has been $300.

8. I am admitted to practice in all State and Federal courts in Florida. I am also admitted to the 11th Circuit Court of Appeals.

**Background Of This Case**

9. I had many discussions with Doug Cullaro, owner and registered agent for Defendant Capstone.

10. The discussions involved the potential for settling these claims without the need for litigation.

11. Ultimately, the negotiations were unsuccessful. At that time, I proceeded with serving Capstone with the lawsuit.

### Fees and Costs in this Case

12. I am seeking an award of attorney's fees for a total of 13.5 hours, as set forth below:

| Date | Description | Amount |
|---|---|---|
| 07/16/14 | Conduct conference call with client and V. Sullivan regarding factual background of Dispute with Capstone and apartment Complex. | 1.0 |
| 07/18/14 | Review documents provided by client including Lease and correspondence by Capstone. | .8 |
| 07/22/14 | Initial drafting of Complaint | 1.2 |
| 07/23/14 | Prepare demand letter to Capstone | .5 |
| 07/24/14 | Telephone conference with JC Cooper from Capstone regarding demand letter (.2); Send Demand Letter and draft complaint to Capstone (.1) | .3 |
| 07/29/14 | Telephone call with Doug Cullaro regarding Claim and potential for resolution | .6 |
| 08/21/14 | Telephone call with Doug Cullaro regarding Potential for settlement | .5 |
| 08/25/14 | Finalize Complaint and summons for filing. | .5 |
| 09/18/14 | Telephone conference with process server Regarding service of complaint | .2 |
| 12/04/14 | Multiple telephone calls with process server Regarding revisions to Return of Service. | .3 |
| 12/05/14 | Research standards for Clerk's Default | .7 |
| 12/05/14 | Draft Motion for Clerk's Default | .4 |
| 12/17/14 | Initial review of Motion for Final Default Judgment from V. Sullivan | .5 |

| 12/20/14 | Revise and edit Motion for Final Default Judgment | 2.5 |
| 12/23/14 | Prepare Affidavit | 2.0 |
| 12/28/14 | Continued revisions to Motion for Final Default Judgment and Affidavit. | 1.5 |

13.  As a matter of discretion, I have left off several entries of time I actually expended on this case. Some of these time entries include (i) voicemails and short telephone calls with Doug Cullaro; (ii) communications with client regarding status of the claim; and (iii) review and scheduling of court orders and designations.

14.  I believe the time I spent on this matter was both reasonable and necessary to properly represent my client.

15.  Additionally, I am requesting an award of costs for the filing fee of $400 and for the service of process fee of $55.

**Legal Intern Fees**

16.  Since June 2014, my firm has employed Vincent Sullivan as a law clerk / legal intern. Mr. Sullivan is a third year law student in the top 30% of his class. My firm utilizes Mr. Sullivan for research, drafting and some ministerial duties in order to reduce the total amount of attorney's fees in actions such as this.

17.  I have reviewed the time entered below and find the time spent to be reasonable and necessary for the representation of my clients in this matter. Additionally, I have stricken or reduced certain entries for time actually expended by Mr. Sullivan on this matter in an act of discretion.

18.  Consistent with the standards of the Middle District of Florida, I bill Mr. Sullivan's time as a law clerk at $100.00 per hour.

19. The time records below are derived from records kept in the ordinary and usual course of the business of Eric C. Roberson, P.A. My firm regularly utilizes and relies on such records.

20. I am seeking an award of fees for the following time spent by my legal intern on this matter:

| Date | Description | Amount |
|---|---|---|
| 07/16/14 | Attend conference call with E. Roberson and Client, Prepare memorandum summarizing conference call. | .7 |
| 07/18/14 | Receipt and review of client documents. Review Signed agreement from client. | .5 |
| 07/24/14 | Proofread and edit demand letter to Capstone | .1 |
| 08/11/14 | Research 11th Circuit standard for collection of percentage fee as "collection costs" | .9 |
| 08/11/14 | Prepare memorandum on case law research | .4 |
| 08/20/14 | Legal research for case law regarding claims Asserted in Complaint. | .4 |
| 08/27/14 | Review letter sent by Capstone | .3 |
| 12/04/14 | Research 11th Circuit standard and requirements For Motion for Final Default Judgment | 1.3 |
| 12/04/14 | Prepare memorandum to E. Roberson regarding Requirements for Final Default Judgment | 1.0 |
| 12/10/14 | Initial drafting of Motion for Final Default Judgment | 3.1 |
| 12/11/14 | Continued drafting of Motion for Final Default Judgment | 2.5 |
| | **TOTAL:** | **11.2** |

21. FURTHER AFFIANT SAYETH NAUGHT.

_____
ERIC C. ROBERSON

Sworn to and subscribed before me
this 29th day of December, 2014

_Robn P Quigley_
Notary Public, State of Florida
*Printed Name* _____
My Commission Expires:
Commission No. _____
(Affiant is personally known to me)

ROBIN P. QUIGLEY
Commission # EE 133472
Expires September 26, 2015
Bonded Thru Troy Fain Insurance 800-385-7019